UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:17CR275 RLW<br>) |
| RONELL WILLIAMS, | )<br>) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Nannette A. Baker. [ECF No. 42] Judge Baker held evidentiary hearings in October and November 2017 on Defendant Ronell Williams' motion to suppress evidence and statements, following which additional briefs were submitted. Judge Baker has recommended that Defendant's motion to suppress evidence and statements be denied. Neither party has submitted objections to the Report and Recommendation within the extended time allowed.

After de novo review of this matter, the Court adopts the Magistrate Judge's recommendation. Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate [ECF No. 42] is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that Defendant's Motion to Suppress Evidence and Statements Seized on May 18, 2017 [ECF No. 22] is **DENIED**.

Dated this 21st day of February 2018.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE